# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROWN,<br><br>        Plaintiff,<br><br>        v.<br><br>CDCR,<br><br>        Defendant. | CASE NO. 1:20-cv-01197-AWI-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 12) |

Bruce Brown is a state prisoner proceeding pro se and in forma pauperis in an action referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On December 4, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his action be dismissed, without prejudice to Plaintiff filing this action in state court," and that "[t]he Clerk of Court be directed to close this case." Doc. No. 12 at 4. Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on December 4, 2020 (Doc. No. 12), are ADOPTED in full;

2. This action is DISMISSED, without prejudice to Plaintiff filing this action in state court; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  January 11, 2021

SENIOR DISTRICT JUDGE